# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**ALICE A.,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　**Civil Action No. 2:23-cv-00609**

**MARTIN O'MALLEY,**[1]
**Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT ORDER

In accordance with the Order Remanding Case entered contemporaneously herewith, this action is hereby **REMANDED** to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the motion to remand. Final judgment is hereby **ENTERED** pursuant to Federal Rule of Civil Procedure 58, and the Clerk is **DIRECTED** to close this case. Each party is to bear its own costs, except that Plaintiff Alice A. may seek attorneys' fees to the extent she is entitled to them.

The Clerk is **DIRECTED** to send a copy of this Order to counsel of record and to any unrepresented party.

    Enter: January 4, 2024

                                                  Dwane L. Tinsley
                                                  United States Magistrate Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023, and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (stating action survives regardless of any change in the person occupying the office of Commissioner of Social Security).